# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED

NOV -7 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

 UNDER SEAL

 EMC

**CR 19 0594**

CESAR RAMOS a/k/a Jehova de Jesus Torres-Arteaga,

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Heroin;
21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this ___7___ day of NOV 2019

ROSE MAHER
Clerk

**NO BAIL WARRANT**

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Heroin

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years' imprisonment;
Maximum lifetime supervised release (minimum 3 years);
Maximum $1,000,000 fine;
$100 mandatory special assessment

*UNDER SEAL*

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
NOV -7 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
EMC

**DEFENDANT - U.S**
▶ CESAR RAMOS, a/k/a Jehova De Jesus Torres-Arteaga

**DISTRICT COURT NUMBER**
CR 19 0594

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} _____

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   ERIC CHENG

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3                                                              FILED
4                                                           NOV -7 2019
         ~~UNDER SEAL~~
5                                                          SUSAN Y. SOONG
                                                      CLERK, U.S. DISTRICT COURT
6                                                    NORTH DISTRICT OF CALIFORNIA

7
                                                                  EMC
8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          )   CASE NO. CR 19 0594
                                       )
12        Plaintiff,                   )   VIOLATIONS:
                                       )   21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution
13     v.                              )   of Heroin;
                                       )   21 U.S.C. § 853 – Forfeiture Allegation
14  CESAR RAMOS,                       )
       a/k/a Jehova De Jesus Torres-Arteaga, )
15                                     )   SAN FRANCISCO VENUE
       Defendant.                      )
16  _____)   ~~UNDER SEAL~~

17                                  I N D I C T M E N T

18  The Grand Jury charges:

19  COUNT ONE:        (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Heroin)

20        On or about October 23, 2019, in the Northern District of California, the defendant,

21                                    CESAR RAMOS,
                              a/k/a Jehova De Jesus Torres-Arteaga,
22
23  did knowingly and intentionally distribute a mixture and substance containing a detectable amount of

24  heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)

25  and (b)(1)(C).

26  FORFEITURE ALLEGATION:         (21 U.S.C. § 853(a))

27        The allegations contained above are hereby re-alleged and incorporated by reference for the

28  purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

    INDICTMENT

Upon conviction of the offense alleged in Count One above, the defendant,

**CESAR RAMOS,**
a/k/a Jehova De Jesus Torres-Arteaga,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: 7 NOV 2019

A TRUE BILL.

/s/
FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

/s/
ERIC CHENG
Assistant United States Attorney

INDICTMENT      2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV -7 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**UNDER SEAL**

| | |
|---|---|
| **CASE NAME:** USA v. CESAR RAMOS | **CASE NUMBER:** CR 19 0594 |
| Is This Case Under Seal? | Yes ✓   No |
| Total Number of Defendants: | 1 ✓   2-7   8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓   OAK   SJ |
| Is this a potential high-cost case? | Yes   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes   No ✓ |
| Is this a RICO Act gang case? | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** AUSA Eric Cheng | **Date Submitted:** 11/7/2019 |

**Comments:**


CR19-5948MC

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM   SAVE PDF