UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** January 22, 2020      **Time:** 2:36-2:57= 21 Minutes      **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00594-EMC-1      **Case Name:** USA v. Cesar Ramos

**Attorney for Government:** Eric Cheng
**Attorney for Defendant:** Sophia Whiting
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Angella Meuleman      **Court Reporter:** Debra Pas
**Interpreter:** Daniel Navarro, Spanish      **Probation Officer:**

### PROCEEDINGS

Change of Plea – Held.

### SUMMARY

Plea Agreement signed.  Defendant sworn under oath and enters a plea of guilty to count 1 of the Indictment.  The court accepted the plea of guilty.  Case is REFERRED to probation for an expedited modified presentence report, criminal history only.

**CASE CONTINUED TO: March 11, 2020 at 2:30 p.m. for Sentencing**.