STEVEN G. KALAR
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	(415) 436-7700
Facsimile:	(415) 436-7706
Email:		Sophia_Whiting@fd.org

Counsel for Defendant Ramos

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CESAR RAMOS,<br><br>    Defendant. | **Case No.:** CR 19–594 EMC<br><br>**DECLARATION OF SOPHIA WHITING IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM** |

I, Sophia Whiting, declare the following:

1. I am an Assistant Federal Public Defender representing Cesar Ramos in the above-captioned case.

2. Attached as Exhibit A is a letter written by Veronica Hernandez, Mr. Ramos's partner, for consideration at sentencing.

WHITING DECL.
*RAMOS*

1

1 | I declare under the penalty of perjury that the foregoing is true and correct.
2 | Executed on March 18, 2020, in San Francisco, California.

                                                          /S
                                      SOPHIA WHITING

WHITING DECL.
*RAMOS*

2