# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

450 Golden Gate Ave., Suite 17-6884
San Francisco, CA 94102
MAIN: (415) 436-7540
FAX: (415) 581-7410

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**AMY RIZOR**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

October 16, 2020

**MEMORANDUM**

The Honorable Edward M. Chen
United States District Judge

RE:   **Ramos, Cesar**
Docket No. 0971 3:19CR00594-001 EMC

Your Honor:

On March 25, 2020, Your Honor sentenced Mr. Ramos to time served and three years supervised release for violation of Count One: Distribution of Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), a Class C Felony. Special Conditions include: Must not commit another federal, state, or local crime; search by any law enforcement officer; pay $100 special assessment; collection of DNA; shall not be present in the area in San Francisco bordered on the west by Polk Street and South Van Ness Avenue, on the north by Geary Street, on the east by Powell Street and 3rd Street, and on the south by Mission Street, with the following exceptions: to attend any court proceedings at 450 Golden Gate Avenue, or after requesting and receiving approval from the probation officer; and to travel on Bart, MUNI, or other public transport through the area, but may not then alight from said transportation and enter the area on foot.

On June 26, 2020, a Petition for Warrant for Person Under Supervision was filed alleging one charge that Mr. Ramos failed to report or contact the probation office after absconding from the Department of Health and Human Services, Office of Refugee Resettlement.

On September 3, 2020, in a filed Amended Petition, Your Honor took notice of three additional charges. More specifically, new criminal conduct that included possession of controlled substances for sale and battery, and violation of his stay away order.

On September 15, 2020, before the Magistrate Court, a Detention Hearing and formal findings was waived by the defense without prejudice. At that time, Mr. Ramos did not have a release address.

On October 6, 2020, a Status Conference was held via videoconference before the Court. At the request of counsel, the matter was continued to November 4, 2020, at 2:00 p.m. for a further status hearing. Mr. Ramos remained detained at the Santa Rita Jail under the custody of the U.S. Marshal.

On the afternoon of October 16, 2020, the probation office was notified of the following: the National Lawyers Guild and Legal Services for Children, alleges that Cesar Ramos' (date of birth: 05/11/1998) legal name is Jehova De Jesus Torres Arteaga, with a date of birth of 05/10/2003, indicating he is a 17-year-old juvenile. This alleged information has been known by all parties and mentioned in Charge One of the Form 12. The National Lawyers Guild and Legal Services for Children have produced an unverified copy of his birth records from his country of origin. The Alameda County Sheriff's Department was notified by the advocacy group and subsequently they will no longer house Mr. Ramos at the Santa Rita Jail. Due to these circumstances, the U.S. Marshals Service transported Mr. Ramos to a San Francisco County Juvenile Detention Center where he is temporarily being housed. It is also noted Mr. Ramos has an active warrant for his arrest in San Francisco Superior Court for failure to appear. All parties have been made aware of the changes in custody circumstances. It is respectfully requested that all parties be ordered to appear before Your Honor at the Court's earliest convenience for a status conference.

Please do not hesitate to contact me if Your Honor needs further information. I can be reached at 415-710-9510.

Respectfully submitted,                     Reviewed by:

_____                   _____
Joseph Milliken                             Aaron Tam
U.S. Probation Officer                      Supervisory U.S. Probation Officer
Date Signed: October 16, 2020


cc:     Jason Kleinwaks, Assistant U.S. Attorney
        George Boisseau, Defense Counsel (Appointed)