DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JASON KLEINWAKS (NYBN 5335013 / DCBN 1049058)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    jason.kleinwaks@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-0594 EMC |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| CESAR RAMOS, | |
| Defendant. | |

On September 3, 2020, the U.S. Probation Office filed an Amended Petition for Warrant for Person Under Supervision against Defendant Cesar Ramos specifying violations of the terms of his supervised release. Defendant has remained in custody since his arrest on the petition, waiving formal findings on detention on September 15, 2020.

This matter came before the Court on October 19, 2020 to address Defendant's continued custodial placement in light of questions raised about his status as an adult. The Court intends that Defendant remain in custody and be transferred to an appropriate juvenile detention facility if he is released from his current placement at the San Francisco Juvenile Detention Center. However, if no such facility is available at that time, Defendant may be released on the condition that he reside at the Huckleberry House or other juvenile shelter facility, with electronic monitoring to be implemented at the

discretion of U.S. Probation.

IT IS SO ORDERED.

DATED: October 19, 2020

_____
HON. EDWARD M. CHEN
United States District Judge