UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 13, 2021   **Time:** 3:11 – 3:26   **Judge:** EDWARD M. CHEN
                                    15 Minutes

**Case No.:** 19-cr-00594-EMC-1   **Case Name:** USA v. Cesar Ramos

**Attorney for Government:** Joseph Tartakovsky
**Attorney for Defendant:** George Boisseau
**Attorney for Youth Immigration Legal Services:** Stephany Arzaaga
**Also Present:** Gloria Jimenez Moran, Social Worker
**Defendant:** [X] Present by videoconference   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] In Fugitive Status

**Deputy Clerk:** Angella Meuleman         **Court Reporter:** Ana Dub
**Interpreter:**                           **Probation Officer:** USPO Joe Milliken

## PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference re: Form 12 – Held.

## SUMMARY

Parties stated appearances.  The Defendant was present by videoconference.

A bench warrant for the Defendant's arrest was issued on 8/4/2021.  The warrant is outstanding; however, Defendant is present for today's hearing.  Legal Services stated Defendant wanted to be present today to try to clear up the age determination issue.  USPO requested that Defendant report to USPO office immediately.  Court defers that request until Defendant has an opportunity to meet with counsel.  Court will revisit USPO's request at the next status conference.  Court **RECALLS** the warrant with the expressed understanding that Defendant appear for all future hearings held by this Court.  If he again fails to appear in the future, the warrant will be reissued by the Court.

Defense counsel will meet with his client.  Legal Services and Social Worker will help to facilitate that meeting.

**CASE CONTINUED TO: November 3, 2021 at 2:30PM for Status Conference re: Form 12. Hearing will be conducted virtually.**